1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ARSHDEEP SINGH,                      No. 1:26-cv-00948-DJC-CKD

12              Petitioner,

13   v.                                   ORDER

14   TONYA ANDREWS, et al.,

15

16              Respondents.

17          Petitioner Arshdeep Singh is an immigration detainee proceeding with a

18   Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining

19   Order (ECF No. 2).  The Court has previously addressed the legal issues raised in

20   Count 2 of the Petition.  *See Garcia Mariagua v. Chestnut*, No. 1:25-cv-01744-DJC-

21   CSK, 2025 WL 3551700 (E.D. Cal. Dec. 11, 2025); *Ortega v. Noem*, No. 1:25-cv-01663-

22   DJC-CKD, 2025 WL 3511914 (E.D. Cal. Dec. 8, 2025); *Lopez v. Lyons*, 2025 WL

23   3124116, No. 2:25-cv-03174-DJC-CKD (E.D. Cal. Nov. 7, 2025).

24          The Court informed the parties that it intended to rule directly on the petition

25   and ordered respondents to show cause as to whether there are any factual or legal

26   issues in this case that distinguish it from the Court's prior orders.  (ECF No. 6.)  In their

27   Response, Respondents noted that Petitioner had arrested in connection with an

28   alleged criminal offense in 2025.  (ECF No. 8 at 1.)  In light of this information, the

Court concludes that due process is satisfied if Petitioner is provided with a post-depravation bond hearing within five days. *See J.S.H.M. v. Wofford*, No. 1:25-cv-01309-JLT-SKO, 2025 WL 2938808, at *15–16 (E.D. Cal. Oct. 16, 2025). However, it does not alter the Court's prior analysis that Petitioner is entitled to a hearing to determine his custody status. Neither party objected to the Court ruling directly on the merits of the petition.

Accordingly, as Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to Count 2, for the reasons stated in those prior orders.[1]

Within five (5) days of this Order, Respondents shall afford Petitioner Arshdeep Singh a constitutionally adequate bond hearing pursuant to 8 U.S.C. § 1226(a) before an Immigration Judge. The Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or risk of flight, and Petitioner shall be allowed to have counsel present.

The Clerk of the Court is directed to close this case and enter judgment for Petitioner. This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **February 11, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] In the interests of judicial economy, the Court declines to address the remaining grounds for relief in the Petition.

2